Núm. 8010.—Méndez, apldo. v. Lamour, etc., apltes.—C. D. San Juan.　　　　　　　　Julio 14, 1939.

Vista la moción que antecede sobre desestimación del presente recurso con la sola asistencia de la parte apelante, examinado el memorándum de éste y los casos citados, especialmente el de *Hernáiz Targa & Co.* v. *Vivas,* 20 D.P.R. 106, no ha lugar a la desestimación solicitada.

El Juez Asociado Sr. Travieso no intervino.